# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JOHN SMITH, | ) |
| Plaintiff, | ) |
| v. | ) No. 17-cv-2495-JPM-cgc |
| CIRCLE K STORES, INC., and MAC'S CONVENIENCE STORES, LLC, | ) |
| Defendants. | ) |

## JUDGMENT

**JUDGMENT BY THE COURT.** The cause having come before the Court on the parties' Joint Stipulation of Dismissal Without Prejudice (ECF No. 31), and the Court having dismissed all claims (ECF No. 32),

**IT IS THEREFORE ORDERED, ADJUGED, AND DECREED** that, in accordance with the Court's Order Dismissing Claims Without Prejudice (ECF No. 32), the cause is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED**, this 4th day of May, 2018.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE